# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARCO ANTONIO LUA SANDOVAL,<br><br>　　　　　Defendant. | Case No. 2:22-mj-00962-EJY-1<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel for the defendant requires additional time to review and investigate discovery and meet with the client to discuss the details prior to proceeding.

2. Because the defendant requires time to adequately review the case prior to the preliminary hearing, good cause exists to extend the time limits in Federal Rule of Criminal Procedure 5.1(c).

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is excludable in computing the time within which the indictment must be filed pursuant to the Speedy Trial Act, Title 18, United States Code,

Section 3161(b), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(A), (B)(i), and (iv).

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Thursday, December 29, 2022, at 4:00 p.m., be vacated and continued to January 30, 2023 at the hour of 4:00 p.m. in Courtroom 3B.

DATED this 19th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE