# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARCO ANTONIO LUA SANDOVAL,<br><br>　　　　Defendant. | Case No. 2:22-mj-00962-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 30, 2023 at the hour of 4:00 p.m., be vacated and continued to March 31, 2023 at the hour of 4:00 p.m. in Courtroom 3D

DATED this 26th day of January, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3