# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARCO ANTONIO LUA SANDOVAL,<br><br>    Defendant. | Case No. 2:22-mj-00962-EJY<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on March 31, 2023 at the hour of 4:00 p.m., be vacated and continued to June 29, 2023 at the hour of 4:00 p.m. in Courtroom 3C

    DATED this 21st day of March, 2023.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE